UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT STRAUBE,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PROTEOSTASIS THERAPEUTICS, INC.,<br>MEENU CHHABRA, DAVID ARKOWITZ,<br>FRANKLIN BERGER, BADRUL A.<br>CHOWDHURY, KIM COBLEIGH<br>DRAPKIN, EMMANUEL DULAC, and<br>JEFFERY W. KELLY,<br><br>                    Defendants. | Case No.: 1:20-cv-08653-ER |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 17, 2020                   Respectfully submitted,

                              **MONTEVERDE & ASSOCIATES PC**

                              */s/Juan E. Monteverde*
                              Juan E. Monteverde (JM-8169)
                              The Empire State Building
                              350 Fifth Avenue, Suite 4405
                              New York, New York 10118
                              Tel: 212-971-1341
                              Fax: 212-202-7880

                              *Attorneys for Plaintiff*